UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEITH MARK DILLON,     CIVIL ACTION NO. 1:16-CV-1699-P
Plaintiff

VERSUS     JUDGE DONALD E. WALTER

LANCE MOORE, ET AL.,     MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after an independent review of the record, including the objection filed by Plaintiff (Doc. 6), having determined that the findings and recommendation are correct under the applicable law;

~~IT IS ORDERED that Plaintiff's § 1983 complaint is hereby DENIED AND~~ DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 9 day of May, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE